UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

C., et al

    v.                                    Case No. 18-cv-724-PB

Manchester School District SAU 37, et al


JUDGMENT

In accordance with the Endorsed Order by Judge Paul Barbadoro dated March 7, 2019, judgment is hereby entered.

                                      By the Court:

                                      _____
                                      Daniel J. Lynch
                                      Clerk of Court

Date: March 7, 2019

cc: Counsel of Record